# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00615-CV

### In re North Forest Independent School District, et al.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). The stay of the record review hearing at the Texas Education Agency issued by this Court on October 2, 2008, is lifted.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Filed: October 16, 2008